

May 7, 2021

**VIA CM/ECF & EMAIL**
The Honorable Joseph C. Spero
United State District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Novasano LLC et al. v. Chartier et al.*, Case No. 3:21-cv-00917 (JCS)

Dear Judge Spero:

As you know, we represent the Plaintiffs Novasano LLC, Novasano Health and Sciences Inc., Novasano Finland OY, Novasano Devman Oy, Novasano Midoc Oy, Novasano MDX Oy, and Dr. Dale Nordenberg ("Plaintiffs") in the above-referenced matter. We write out of an abundance of caution to avoid any confusion, and to clarify statements made in our May 4, 2021 submission. Specifically, George Richardson ("Mr. Richardson"), who represented Defendants Chartier and Artic Security in a prior lawsuit, stated that "Mr. Chartier moved, and has lived continuously, out of the country." *See* ECF Doc. No. 15. Mr. Richardson did not, however, state that Mr. Chartier lives in Oulu, Finland; rather, this information was obtained by our office after we conducted our own due diligence.

I apologize for any confusion this may have caused the Court, and we appreciate Your Honor's courtesy in granting our motion.

Thank you for your consideration in this matter.

Respectfully Submitted,

/s/*Randy E. Kleinman*

cc:   George Richardson (via ECF and Email)