UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVASANO LLC, et al.,<br>  Plaintiffs.<br>v.<br>DAVID CHARTIER, et al.,<br>  Defendants. | Case No. 21-cv-00917-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on January 7, 2022, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 11, 2022, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 7, 2022, for failure to prosecute, for failure to serve, and for failure to comply with the Court's Order of November 5, 2021. A case management conference is also scheduled for **March 11, 2022**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: January 10, 2022

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge